In the Matter of the Application of SETH PENN LEET, Commissioner, Respondent, for the Issuance of Subpœnas to ABRAHAM H. BARASHICK and Others. DAVID PERLO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ADELAIDE MYERS, Respondent, v. HERBERT TAYLOR, Appellant.— Order reversed and motion granted, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MABEL H. MYERS, Respondent, v. HERBERT TAYLOR, Appellant.— Order reversed and motion granted, without costs. No opinion. Present Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BEATRICE SELZER, Respondent, v. HERBERT TAYLOR, Appellant.— Order reversed and motion granted, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RHEA ARONSTEIN, Respondent, v. HERBERT TAYLOR, Appellant.— Order reversed and motion granted, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

OAKLEIGH FARMS, INC., Appellant, v. MEYER RUSS, Respondent.— Order affirmed, with ten dollars costs and disbursements. (See *Scott & Co., Inc.,* v. *Scott,* 186 App. Div. 518, 524.) Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EDWARD N. BREITUNG and Others, Appellants, v. MARCUS STIEGLITZ, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE TILLOTSON & WOLCOTT COMPANY and Others, Appellants, v. CHRISTOFFER HANNEVIG and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ROSE E. STUART, Respondent, v. HARRY T. STUART, Appellant.— Order modified by reducing temporary alimony to $25 per week, and reducing counsel fee to $150, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FEDERAL DOLL MANUFACTURING COMPANY, Appellant, v. SUNDEL HYMAN, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CAROLINE M. ROBINSON, Appellant, v. HUBERT E. ROGERS and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JUAN P. MUNOZ and Others, Appellants, v. SANTIAGO BREWING COMPANY and Another, Respondents, Impleaded with Another.— Order affirmed,